UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

TAMMY RENEE NEELY

CASE NO. 5:21-cr-83-JA-PRL
18 U.S.C. § 641

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning in or about May 2017, and continuing through in or about September 2020, in the Middle District of Florida, and elsewhere, the defendant,

TAMMY RENEE NEELY,

did knowingly and willfully embezzle, steal, purloin, and convert to her own use or the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, Retirement and Survivors Insurance ("RSI") benefits with the intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

# FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. The property to be forfeited includes, but is not limited to, a forfeiture money judgment in the amount of $63,733.54, which constitutes the proceeds of the violations of 18 U.S.C. § 641.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

3

FORM OBD-34
November 21

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

TAMMY RENEE NEELY

## INDICTMENT

Violations: 18 U.S.C. § 641

A true bill,



_____
Foreperson

Filed in open court this 9th day

of November 2021.

_____
Clerk

Bail $_____

GPO 863 525